## Bauer, Admrx., *v.* Sacks, Appellant.

Argued December 4, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

492

*Raymond A. White, Jr.,* for appellant.

*Geoffrey J. Cunniff* with him *Henry D. O'Connor* and *Shoyer, Rosenberger, Highley & Burns,* for appellee.

PER CURIAM, January 9, 1947:
Judgments affirmed on the opinion of Judge ALESSANDRONI; costs to be paid by appellant.